**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: March 04, 2026

**Notice**

Mr. Scott Kamin
Law Offices of Scott T. Kamin
333 S. Wabash Avenue, Suite 2700
Chicago, IL 60604-4294

Ms. Kirsten Leigh Smith
City of Akron
Department of Law
172 S. Broadway Street, Suite 200
Akron, OH 44308

Re: No. 25-3537
*Kimberly Vaughn v. James Rea, et al*

Dear Counsel:

The Court has determined that oral argument is not required. See I.O.P. 34(a)(4). The case noted above is scheduled for submission to the Court on the briefs of the parties and the record on **Tuesday, April 28, 2026**. You will be promptly advised of the Court's decision, or any other order or directive it may issue.

Sincerely yours,

s/Robin L. Johnson
Calendar Deputy

cc: Mr. Brian D. Bremer