**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: June 11, 2026

Mr. Christian Marc Capece
Northern District of Ohio at Cleveland
801 W. Superior Avenue
Suite 100 Carl B. Stokes U.S. Courthouse
Cleveland, OH 44113

Ms. Sandy Opacich
Northern District of Ohio at Cleveland
801 W. Superior Avenue
Suite 100 Carl B. Stokes U.S. Courthouse
Cleveland, OH 44113

Re: Case No. 25-3537
*Kimberly Vaughn v. James Rea, et al*
Originating Case No. 1:21-cv-02197

Dear Mr. Capece and Ms. Opacich,

Enclosed is a copy of the mandate filed in this case.

Sincerely,

s/Kelly Stephens
Appeal Case Manager: Robin

cc: Mr. Brian D. Bremer
Mr. Scott Kamin
Mr. Robert L. Sirianni Jr.
Ms. Kirsten Leigh Smith

Enclosure

**UNITED STATES COURT OF APPEALS**
**FOR THE SIXTH CIRCUIT**

No: 25-3537

Filed: June 11, 2026

KIMBERLY VAUGHN, through the Administration of his Estate Deceased Mohammad J. Isaifan

Plaintiff - Appellant

v.

JAMES REA; MATTHEW AKER

Defendants - Appellees

MANDATE

Pursuant to the court's disposition that was filed 05/04/2026 the mandate for this case hereby issues today.

COSTS: None