# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

August 19, 2026

Clerk
United States Court of Appeals for the Sixth Circuit
540 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, OH 45202-3988

**FILED**
Aug 25, 2026
KELLY L. STEPHENS, Clerk

Re: Kimberly Vaughn as Administrator of the Estate of Mohammad J. Isaifan, Deceased
v. Jamie Rea, et al.
No. 26-211
(Your No. 25-3537)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on August 14, 2026 and placed on the docket August 19, 2026 as No. 26-211.

Sincerely,

**Scott S. Harris**, Clerk

by

Rashonda Garner
Case Analyst